SO ORDERED.

SIGNED this 12th day of July, 2013.




UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATED BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN THE MATTER OF: | ) | No. B-10-81959 C-13D |
|---|---|---|
| Theresa M. Ditchfield | ) | |
| | ) | ORDER |
| | ) | |
| Debtor(s) | ) | |

On July 11, 2013, a hearing was held on the Standing Trustee's Motion for dismissal of this case. At the hearing, the Trustee requested that the Motion be denied; therefore, it is

ORDERED that the Motion of the Standing Trustee for dismissal of this case is denied.

END OF DOCUMENT

**PARTIES IN INTEREST**
Page 1 of 1
10-81959 C-13D

Theresa M. Ditchfield
1935 Scenic Dr.
Mattonn, IL  61938

John T.  Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702